UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRAD BEARD,<br><br>   Petitioner,<br><br>v.<br><br>ON HABEAS CORPUS,<br><br>   Respondent. | OLD CASE NO. 1:17-cv-00497-AWI-MJS (HC)<br><br>NEW CASE NO. 1:17-cv-00497-MJS (HC)<br><br><br>**ORDER ASSIGNING CASE AND PRESIDING JUDGE** |

On May 17, 2017, and June 26, 2017, respectively, Respondent and Petitioner filed their consents under 28 U.S.C. § 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

Accordingly, IT IS HEREBY ORDERED that the above entitled action is assigned to the docket of Magistrate Judge MICHAEL J. SENG as Presiding Judge.

ALL FUTURE PLEADINGS SHALL BE

NUMBERED AS FOLLOWS:

1:17-cv-00497-MJS (HC)

IT IS SO ORDERED.

Dated: __August 18, 2017__     _____

      SENIOR DISTRICT JUDGE