UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRAD BEARD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN SUTTON,<br><br>　　　　Respondent. | Case No. 1:17-cv-00497-JDP<br><br><br>ORDER |

Upon review of the record, it is incomplete. Specifically, the transcript from the trial court proceedings on October 11, 2012, when petitioner's council argued a *Batson* motion, is not a part of the voir dire transcript at ECF No. 13-18. We must have the entire record to review petitioner's claims. *See Nasby v. McDaniel*, 853 F.3d 1049, 1052 (9th Cir. 2017). Therefore, respondent is ordered to either file the missing portion of the record or direct this court's attention to its location on the docket within seven (7) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   April 18, 2019                        _/s/ Jeremy Peterson_
                                                                      UNITED STATES MAGISTRATE JUDGE

No. 204